# IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT J. DANISI, II,
Appellant,

vs.

THE STATE OF NEVADA, ON
RELATION OF ITS DEPARTMENT OF
TRANSPORTATION,
Respondent.

No. 71583

**FILED**

FEB 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on October 26, 2016, without payment of the requisite filing fee. The district court's November 14, 2016, order denying appellant's motion to proceed in forma pauperis was filed in this court on November 22, 2016. On December 13, 2016, this court entered an order directing appellant to pay the filing fee within 30 days or this appeal would be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Hon. Jerry A. Wiese, District Judge
Vincent J. Danisi, II
Attorney General/Carson City
Attorney General/Transportation Division/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-04086